686

Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Albert S. Bozeman* and *Webb M. Mize* for petitioners. *Messrs. Giles J. Patterson* and *J. C. Floyd* for respondents.

Nos. 678 and 679. CRANDALL *v.* PENNSYLVANIA. November 17, 1941. Petition for writs of certiorari to the Superior Court of Pennsylvania denied. *Mr. H. Eugene Gardner* for petitioner. *Mr. Herbert B. Cohen* for respondent.

No. 690. PATTERSON ET UX. *v.* PEEL. November 17, 1941. Petition for writ of certiorari to the Court of Civil Appeals, 9th Supreme Judicial District, of Texas, denied. *Mr. Dan Moody* for petitioners.

No. 691. BRIGHT BROOKS LUMBER Co. *v.* WEISS, TRUSTEE. November 17, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Charles Polis* for petitioner.

No. 696. GODFREY-KEELER Co., INC. *v.* WICKES BOILER Co., INC. November 17, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Jacob Levine* for petitioner. *Mr. Alfred B. Nathan* for respondent.

No. 699. THOMPSON ET AL., INDEPENDENT EXECUTORS, *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. November 17, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.